IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| Principal Life Insurance Company,<br><br>        Plaintiff,<br><br>v.<br><br>Christiana Bank and Trust Company, as Trustee for the Lawrence Rucker Insurance Trust 8.15.2007<br><br>        Defendant. | No.  08-488 |

### RULE 7.1 DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1, Plaintiff Principal Life Insurance Company, by and through its attorneys, hereby discloses that Principal Financial Services, Inc. and Principal Financial Group, Inc. are parents of Principal Life Insurance Company and/or publicly held corporations owning 10% or more of its stock.

                                                        /s/ Darryl A. Parson
                                                        Darryl A. Parson (I.D. No. 4134)
                                                        David P. Primack (I.D. No. 4449)
                                                        DRINKER BIDDLE & REATH LLP
                                                        1100 N. Market Street
                                                        Suite 1000
                                                        Wilmington, DE 19801
                                                        Telephone:  (302) 467-4200
                                                        Facsimile:   (302) 467-4201

                                                        *Of Counsel*
                                                        Jason P. Gosselin
                                                        Katherine L. Villanueva
                                                        Drinker Biddle & Reath LLP
                                                        One Logan Square
                                                        18th & Cherry Streets
                                                        Philadelphia, Pennsylvania 19103-6996

                                                        *Attorneys for Plaintiff Principal Life Insurance Company*

                                                        August 5, 2008