AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| Principal Life Insurance Company | ) | 08-488 |
| Plaintiff | ) | |
| v. | ) | Civil Action No. _____ |
| Christiana Bank & Trust Company, as | ) | |
| Defendant | ) | |
| Trustee for the Lawrence Rucker Insurance Trust 8.15.2007 | | Summons in a Civil Action |

To: *(Defendant's name and address)*

Christiana Bank & Trust Company, as Trustee for the Lawrence Rucker Insurance Trust 8.15.2007
3801 Kennett Pike
Greenville, DE 19807

A lawsuit has been filed against you.

Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Darryl A. Parson
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**PETER T. DALLEO**
Name of clerk of court

Date: 8/6/08

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Christiana Banks Trust Co.</u> by:

(1) personally delivering a copy of each to the individual at this place, <u>3801 Kennett Pke</u> <u>Greenville, DE 19801</u>; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is X <u>CAROL DE BLASE</u>; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: <u>8-6-08</u>

_____
Server's signature

<u>Anise A Mohsen</u>
Printed name and title

<u>2010 Vista St Phila PA 19152</u>
Server's address