IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTIANA BANK AND TRUST COMPANY, )<br>as Trustee for the Lawrence Rucker Insurance )<br>Trust 8.15.2007, )<br>)<br>Defendant. ) | C.A. No. 08-488-GMS<br><br>**JURY TRIAL DEMANDED** |

### STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that Defendant's time to answer, move or otherwise respond to the Complaint in this action shall be extended to September 19, 2008.

The reasons for this extension are the following: (1) Defendant requires additional time to investigate the allegations of the Complaint; (2) Defendant has received no prior extension of time within which to file its response to the Complaint; and (3) the requested extension should not disrupt the schedule in the case, as a Rule 16 conference has not been scheduled in this matter.

| DRINKER BIDDLE & REATH LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ David P. Primack<br>Darryl A. Parson (#4134)<br>David P. Primack (#4449)<br>1100 N. Market Street<br>Suite 1000<br>Wilmington, DE 19801<br>Tel: (302) 467-4200<br>darryl.parson@dbr.com<br>david.primack@dbr.com | By: /s/ John E. James<br>John E. James (#996)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>Tel: (302) 984-6000<br>jjames@potteranderson.com<br>dmoore@potteranderson.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED, this _____ day of _____, 2008.

_____
Chief Judge

878073 / 33357