IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 08-488 GMS-MPT |
| LAWRENCE RUCKER 2007 INSURANCE TRUST, | : | |
| Defendant. | : | |

**ORDER REGARDING REFERENCE
PURSUANT TO 28 U.S.C. § 636**

At Wilmington this __12th__ day of May, 2009, IT IS ORDERED THAT:

1. Magistrate Judge Mary Pat Thynge shall regulate and resolve all pretrial matters, including mediation, up to and including the pretrial conference, subject to 28 U.S.C. § 636(b)(1)(B) and any further Order of Court; and

2. All subsequent filings in this action shall be captioned consistently with the caption used for this Order.

_____
CHIEF, UNITED STATES DISTRICT JUDGE