IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY, | : |
| Plaintiff/Counterclaim-Defendant, | : |
| v. | : Civil Action No. 08-488-GMS |
| LAWRENCE RUCKER 2007 INSURANCE TRUST | : **JURY TRIAL DEMANDED** |
| Defendant/Counterclaim-Plaintiff. | : |

### NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that David P. Primack hereby withdraws his appearance as counsel for Plaintiff/Counterclaim-Defendant Principal Life Insurance Company, in the above matter, and that Karen V. Sullivan hereby enters her appearance on behalf of Principal Life Insurance Company.

**DRINKER, BIDDLE & REATH, LLP**

*/s/ Karen V. Sullivan*
Karen V. Sullivan (#3872)
1100 North Market Street, Suite 1000
Wilmington, DE 19801-1254
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

*Counsel for Plaintiff/Counterclaim-Defendant
Principal Life Insurance Company*

June 28, 2011