

Potter
Anderson
Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

**John E. James**
**Partner**
Attorney at Law
jjames@potteranderson.com
302 984-6018 Direct Phone
302 658-1192 Facsimile

January 5, 2012

**By CM/ECF**

Magistrate Judge Mary P. Thynge
United States District Court for the District of Delaware
844 North King Street, Room 2124 - Unit 8
Wilmington, DE 19801

RE: *Principal Life Insurance Company v. Lawrence Rucker 2007 Insurance Trust*
   *D. Del., C.A. No. 08-488-MPT*

Dear Judge Thygne:

In accordance with the Court's direction during the telephone status conference in the above-styled matter on December 15, 2011, I am submitting a proposed form of Order for Your Honor's review and approval. All parties have approved the form of the Order.

If Your Honor has any questions concerning the proposed Order, counsel for the parties are available at the Court's convenience.

Respectfully,

John E. James (No. 996)

JEJ/cml
Enclosures
1041568/33357
cc: Clerk of the Court (w/ enc.) (by CM/ECF)
    Counsel of Record (w/ enc.) (by CM/ECF)