## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY, | : : : |
| Plaintiff, | : : |
| v. | : C. A. No. 08-488-MPT : |
| LAWRENCE RUCKER 2007 INSURANCE TRUST, | : : : |
| Defendant. | : |

## **ORDER**

At Wilmington this **27th** day of **August, 2012**.

IT IS ORDERED that the pretrial conference in this matter scheduled for **Monday, November 19, 2012 at 9:30 a.m.** has been rescheduled to **Tuesday, November 20, 2012 at 9:30 a.m.** The due date for submission of the pretrial order remains the same.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE