IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY, )<br>)<br>Plaintiff/Counterclaim-Defendant, )<br>)<br>v. )<br>)<br>LAWRENCE RUCKER 2007 INSURANCE )<br>TRUST, )<br>)<br>Defendant/Counterclaim-Plaintiff. )<br>_____ ) | C.A. No. 08-488-MPT<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, in accordance with Local Rule 83.7, John E. James and David E. Moore of Potter Anderson & Corroon LLP hereby withdraw as counsel for Defendant/Counterclaim-Plaintiff Lawrence Rucker 2007 Insurance Trust ("Trust"). Henceforth all documents required to be served on Delaware counsel for the Trust should be served on David J. Baldwin, Esquire, as well as any other attorneys at Potter Anderson & Corroon LLP, other than Mr. Baldwin, who have previously appeared in this action.

*Of Counsel*:

John E. Failla
Elise A. Yablonski
Nathan Lander
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000

POTTER ANDERSON & CORROON LLP

By: /s/ David J. Baldwin
David J. Baldwin (No. 1010)
Michael B. Rush (No. 5061)
Hercules Plaza - 6th Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
dbaldwin@potteranderson.com
mrush@potteranderson.com

*Attorneys for Defendant/Counterclaim-Plaintiff*
*Lawrence Rucker 2007 Insurance Trust*

Dated: January 24, 2013
1079860/33357

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David J. Baldwin, hereby certify that on January 24, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

>Joseph C. Schoell
>Drinker Biddle & Reath LLP
>1100 N. Market Street - Suite 1000
>Wilmington, DE 19801
>joseph.schoell@dbr.com

>/s/ David J. Baldwin
>David J. Baldwin (No. 1010)
>Michael B. Rush (No. 5061)
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza – Sixth Floor
>1313 North Market Street
>Wilmington, DE 19801
>(302) 984-6000
>dbaldwin@potteranderson.com
>mrush@potteranderson.com

>*Attorneys for Defendant/Counterclaim-Plaintiff Lawrence Rucker 2007 Insurance Trust*